IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELIZABETH'S STUDIO LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13599

Judge Mary M. Rowland

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | DZYANHUA |
| 11 | angest ailefu |
| 14 | HAOMINGGE |
| 27 | DDAPJ pyju Fall Fashion 2024 |
| 28 | fartey |
| 29 | Dazajoo Womens Clothing Deals |
| 30 | Hvyesh |
| 32 | tklpehg |
| 37 | Cozy Style ZZwxWA |
| 38 | SCSAlgin |
| 39 | YanHoo |
| 41 | Hvot&aat |
| 42 | CLESALE Online Store |
| 43 | Ctreela |
| 45 | Lindreshi |
| 47 | Yardsong |
| 50 | ABPWLY |
| 51 | Tops Haven |
| 52 | AGWOLF |
| 53 | zhmrfg |

| | |
|---|---|
| 55 | Hleathpo |
| 60 | Nerohusy |
| 63 | cllios |
| 69 | Homenesgenics |
| 72 | Scyoekwg |
| 73 | Zpanxa |
| 74 | Xihbxyly |
| 75 | Ruimatai Official Store |
| 77 | kangliIorw |
| 80 | jianchonghui |
| 81 | NSLGXD |
| 82 | Mode24 |
| 85 | UUWEAR Co. Ltd. |
| 86 | Nnhblu Fashion Store |
| 87 | OWMEOT |
| 88 | Mnyycxen |
| 89 | saikai |
| 92 | VSSSJ |
| 93 | Make a fortune Co.Ltd |
| 94 | CuiFeiMao |
| 95 | Via Clearance |
| 96 | Haozin |
| 97 | FanShengLe |
| 100 | HDSWvsa |
| 101 | Choose Me |
| 110 | LinLeiRi |
| 112 | HONHUZH |
| 113 | pimelu clothes store |
| 124 | WeiZhenShang |
| 125 | JiangPenGuoJi |
| 126 | CaiHuaHui |
| 127 | AnQing |
| 129 | XFLWAM |
| 130 | Frostluinai |
| 133 | DODADAWANJ |
| 135 | Nfurl Womens Clothing Savings |
| 140 | SYW E-Commerce |
| 141 | AOOCHASLIY |
| 142 | jjayotai |
| 143 | Turilly |
| 144 | RQYYD |
| 145 | HAPIMO |
| 146 | Bufgaceh |
| 148 | Piklothy |

| | |
|---|---|
| 161 | YFNNUP |
| 162 | SMihono |
| 163 | oglccg |
| 164 | PIMOXV Clothing Clearance |
| 165 | Gaecuw |
| 167 | deals holiday kickoff |
| 168 | mshatCTA |
| 170 | FengYinYuan |
| 171 | Tuphregyow |
| 174 | squarex |
| 175 | KkSLirnhs |
| 176 | VKEKIEO Up to 50 percent off |
| 177 | Baikeli |
| 178 | Yuwull |
| 179 | YWDJ |
| 181 | JASKFLY |
| 182 | loopsun |
| 183 | BUIgtTklOP |
| 185 | Wiyuqeen |
| 194 | Miluxas Clearance |
| 197 | YEAHITCH Up to 50Perce |
| 198 | Naughtyhood Co.Ltd |

DATED: December 4, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt