**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH'S STUDIO LLC,

      Plaintiff,                             Case No.: 1:25-cv-13599

v.                                        Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

<u>**NOTICE OF DISMISSAL**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 1 | HUAI-MERCEY |
| 15 | AO-NINEONE |
| 18 | Ksionmingse |
| 26 | shermie |

DATED: December 22, 2025                 Respectfully submitted,

                                       */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*<u>/s/ Keith A. Vogt</u>*
Keith A. Vogt